No. 260. MILLER LUMBER COMPANY, ARCHER LUMBER COMPANY, THEO FATHAUER LUMBER COMPANY, ET AL. *v.* W. E. FLOYD, ED HARPER AND CLAY HENDERSON, AS COMMISSIONERS COMPOSING THE ARKANSAS RAILROAD COM-

MISSION. Error to the Supreme Court of the State of Arkansas. Submitted March 17, 1927. Decided March 21, 1927. *Per Curiam.* Affirmed on the authority of *Stratton's Independence, Ltd.,* v. *Howbert,* 231 U. S. 399, and *Oliver Iron Mining Co.* v. *Lord,* 262 U. S. 172. *Messrs. Charles P. Coleman* and *Allen Hughes* for plaintiffs in error. *Mr. H. W. Applegate* for defendants in error.